1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                       * * *

9    GISTARVE RUFFIN, JR.,                    Case No. 3:16-cv-00157-MMD-VPC

10                              Petitioner,                    ORDER

11          v.

     ISIDRO BACA, *et al.,*
12
                                Respondents.
13

14          Before the Court is petitioner Gistarve Ruffin, Jr.'s motion for appointment of

15   counsel in this 28 U.S.C. § 2254 habeas corpus petition (ECF No. 1-3). There is no

16   constitutional right to appointed counsel for a federal habeas corpus proceeding.

17   *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428

18   (9th Cir.1993). The decision to appoint counsel is generally discretionary. *Chaney v.*

19   *Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor*

20   *v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However,

21   counsel must be appointed if the complexities of the case are such that denial of counsel

22   would amount to a denial of due process, and where the petitioner is a person of such

23   limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d

24   at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970).  Here, Ruffin's petition

25   is sufficiently clear in setting forth his claims, and the legal issues do not appear to be

26   complex. Therefore, Ruffin's motion for counsel is denied.

27          It is therefore ordered that the Clerk detach and file the motion for appointment of

28   counsel (ECF No. 1-3).

1  It is further ordered that the motion for appointment of counsel is denied.

2  It is further ordered that petitioner must file his response to respondents' motion to

3  dismiss, if any, within thirty (30) days of the date of this order.

4  It is further ordered that respondents' motion to file petitioner's presentence

5  investigation report under seal (ECF No. 11) is granted.

7  DATED THIS 9th day of February 2018.

8  _____
   MIRANDA M. DU

9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28