UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GISTARVE RUFFIN, JR., | Case No. 3:16-cv-00157-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

On February 9, 2018, this Court denied 28 U.S.C. § 2254 habeas petitioner Gistarve Ruffin, Jr.'s motion for appointment of counsel (ECF No. 16). The order was served on Ruffin's address of record via U.S. Mail (*see* ECF No. 16). On February 15, 2018, the order was returned as undeliverable, bearing the notations "return to sender, unable to forward, and paroled/discharged." (ECF No. 18.) The Nevada Department of Corrections website reflects that Ruffin has been paroled. Ruffin, however, has failed to comply with Local Rule IA 3-1, which requires an attorney or *pro se* party to immediately file a notice of change of mailing address with the court.[1] Thus, this action will be dismissed for failure to comply with LR IA 3-1.

It is therefore ordered that this action is dismissed as set forth in this order.

It is further ordered that a certificate of appealability is denied.

It is further ordered that respondents' motion to dismiss (ECF No. 9) is denied as moot.

---

[1]The NDOC website also reflects that Ruffin's last parole hearing was in July 2017. The Court further notes that Ruffin failed to respond to respondents' June 29, 2017, motion to dismiss.

It is further ordered that the Clerk shall enter judgment and close this case.

DATED THIS 1st day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE